**Ronald MILLER, Jr.; Ronald Miller, Jr., on behalf of minor child Megan K. Miller, Appellants,**

v.

**Marcia YUNG, formerly known as Marcia Miller, Appellee.**

**No. 01-1717.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Sept. 17, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Ronald Miller, Jr., on behalf of himself and his minor child, Megan, appeals from the district court's [1] dismissal without prejudice of his lawsuit. Having carefully reviewed the record and appellants' brief, we agree with the district court that it lacked

---

1. The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

subject matter jurisdiction over Miller's claims concerning child visitation. *See Thompson v. Thompson,* 484 U.S. 174, 187, 108 S.Ct. 513, 98 L.Ed.2d 512 (1988); *Kahn v. Kahn,* 21 F.3d 859, 861 (8th Cir. 1994). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.